# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRAMELL DESHAWN YOUNG,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74250

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on July 13, 2017. Appellant did not file the notice of appeal, however, until October 11, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-39192

cc:    Hon. Carolyn Ellsworth, District Judge
        Tramell Deshawn Young
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk